UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ARTICE JACKSON, | No. 2:24-cv-1122-TLN-SCR |
|---|---|
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| EXPERIAN, | |
| Defendant. | |

Plaintiff Artice Jackson proceeds pro se in this action, which was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On April 15, 2024, Plaintiff filed a complaint and a motion to proceed in forma pauperis ("IFP"). ECF Nos. 1 and 2. On September 17, 2024, this court screened the complaint per the screening process required by the IFP statute and found the complaint failed to allege facts establishing federal jurisdiction and failed to state a claim. ECF No. 4. The court's order provided in relevant part that Plaintiff shall have 30 days to file an amended complaint, and that failure to do so may result in a recommendation that the action be dismissed. ECF No. 4 at 5. An amended complaint was due by October 17, 2024. Plaintiff did not file an amended complaint.

Good cause appearing, IT IS HEREBY ORDERED that **Plaintiff shall show cause, in writing, within 14 days**, why the failure to file an amended complaint should not result in a

1

recommendation that this action be dismissed for failure to state a claim.  Plaintiff may respond by filing an amended complaint that complies with the court's prior order.  *See* ECF No. 4.  If plaintiff fails to respond, the court will recommend dismissal of this action.

      SO ORDERED.

DATED: October 29, 2024

/s/ Sean C. Riordan

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2